**FILED**

**United States Bankruptcy Court**
**for the District of Columbia**

AUG − 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| In Re: DRG Funding Corporation | Case Number: 94-00417 |
| Debtor(s) | Chapter: 7    Case: 1:07-cv-01420<br>Assigned To : Robertson, James<br>Assign. Date : 8/6/2007<br>Description: General Civil |

**TO:  Clerk, U.S. District Court for the District of Columbia**

Transmitted herewith is the **Notice of Appeal** in the above-captioned bankruptcy case. Included in the transmittal is a copy of order being appealed and a certified copy of the docket sheet.

**Documents related to the appeal include:**

| DE# | Document | Filer |
|---|---|---|
| 146 | Motion for Authority to Assign Judgment | Wendell Webster, Trustee |
| 149 | Order Granting Motion for Authority | Signed by Judge Teel |
| 151 | Motion to Reconsider Order | HUD |
| 155 | Opposition | Wendell Webster, Trustee |
| 156 | Opposition | New England Phoenix Co. |
| 161 | Order Striking Document | Court |
| 167 | Opposition | New England Phoenix Co. |
| 173 | Motion to Vacate Order | HUD |
| 176 | Response | HUD |
| 178 | Hearing Held | Court |
| 179 | Order Setting Aside Order Granting Motion for Authority to Assign Judgment | Signed by Judge Teel |
| 183 | Opposition | HUD |



| | | |
|---|---|---|
| 185 | Memorandum in Support | New England Phoenix Co. |
| 195 | Order Permitting Filing | Signed by Judge Teel |
| 197 | Objection | HUD |
| 199 | Objection | HUD |
| 206 | Opposition | HUD |
| 208 | Hearing Held | Court |
| 209 | Memorandum Decision | Signed by Judge Teel |
| 210 | Order Granting Motion for Authority | Signed by Judge Teel |
| **213** | **Notice of Appeal** | **HUD** |

**Other comments:**

No Appellant Designation filed.

**The parties to the order appealed and their respective attorneys are as follows:**

| Appellant/Plaintiff | Attorney |
|---|---|
| U.S. Department of Housing and Urban Development | Glenn D. Gillett<br>U.S. Department of Justice<br>P.O. Box 875, Ben Franklin Station<br>Washington, DC 20044-0875 |
| **Appellee/Defendant** | **Attorney** |
| Wendell W. Webster, Trustee<br>1775 K Street, NW<br>Suite 600<br>Washington, DC 20006 | |

By the Clerk,

By: Aimee Mathewes

Dated: August 6, 2007

Please return a copy of this transmittal with the following information:

District Court Case Number:
Judge Assigned:
Date Stamp:

*[Affix Label Here]*

The order below is signed, but the Assignee takes
the Judgment subject to all rights of setoff and
other defenses that the government had against the
debtor, notwithstanding the provision in the
assignment that it is "free and clear of any . . .
rights of offset."  Dated: July 5, 2007.



_S. Martin Teel, Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                          )
                                )
    DRG FUNDING CORPORATION     )      Case No. 94-00417
                                )      Chapter 7
            Debtor.             )
                                )
                                )

## ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO ASSIGN JUDGMENT

This matter comes before the Court upon Trustee's Motion for Authority to Assign

Judgment, in which the Trustee proposes to assign the estate's interest in a certain judgment

awarded to the Debtor in the case styled <u>DRG Funding Corporation</u> v. <u>Secretary of HUD</u>, Docket

No. 88-CV-02202-JHG (the "Judgment"). The Trustee proposes to assign  the judgment to New

England Phoenix Company, Inc. (the "Assignee"), outside the ordinary course of business and

free and clear of all liens, encumbrances, rights of offset or other interests with any such liens,

encumbrances and interests to attach to the proceeds of the sale.  The Trustee seeks authority to

effect the assignment pursuant to the Assignment, a copy of which is attached to the motion; and it appearing to the Court that notice of the Trustee's motion has been served upon all creditors and parties in interest in accordance with Bankruptcy Rule 2002(a)(2) of the Federal Rules of Bankruptcy Procedure, and based upon the entire record herein, therefore, it is

ORDERED that the Trustee's motion shall be, and the same hereby is, granted; and it is further

ORDERED that Wendell W. Webster, Trustee in bankruptcy for the estate of DRG Funding Corporation be, and hereby is, authorized to assign the Judgment to Assignee outside the ordinary course of business; and it is further

ORDERED that the assignment of the Judgment shall be free and clear of all liens, encumbrances, or interests with any such liens, encumbrances, or interests to attach to the proceeds of the sale; and it is further

ORDERED that the Trustee be, and hereby is, authorized to assign the Judgment to Assignee in accordance with the terms and conditions set forth in the Assignment attached to Trustee's motion, and to take all action necessary to consummate the sale in accordance with the terms of the Assignment.

Copies to:

Dennis Early, Esq.
Office of the U.S. Trustee
115 S. Union Street, Suite 210
Alexandria, VA 22314

John M. Keough
New England Phoenix Company, Inc.
337 Freeport Street
Boston, Mass., 02122

Wendell W. Webster, Esq.
Webster, Fredrickson & Brackshaw
1775 K Street, N.W., Suite 600
Washington, D.C. 20006

2

E
07-1420
JR

JS-44
(Rev. 2/01 DC)

**I (a) PLAINTIFFS**

IN RE: DRG FUNDING
CORPORATION

**DEFENDANTS**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   11001
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT_____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Case: 1:07-cv-01420
Assigned To : Robertson, James
Assign. Date : 8/6/2007
Description: General Civil

**II. BASIS OF JURISDICTION**

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A.** *Antitrust*

☐ 410 Antitrust

**☐ B.** *Personal Injury/*
*Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C.** *Administrative Agency*
*Review*

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If
Administrative Agency is Involved)

**☐ D.** *Temporary Restraining*
*Order/Preliminary*
*Injunction*

**Any nature of suit from any category may
be selected for this category of case
assignment.**

**\*(If Antitrust, then A governs)\***

**☒ E.** *General Civil (Other)* **OR ☐ F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☒ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of
Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational
Safety/Health
☐ 690 Other

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or
defendant
☐ 871 IRS-Third Party 26
USC 7609

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt
Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/
Exchange
☐ 875 Customer Challenge 12 USC
3410
☐ 900 Appeal of fee determination
under equal access to Justice
☐ 950 Constitutionality of State
Statutes
☐ 890 Other Statutory Actions (if not
administrative agency review or
Privacy Act

— 6 —

| ☐ **G.** *Habeas Corpus/ 2255* | ☐ **H.** *Employment Discrimination* | ☐ **I.** *FOIA/PRIVACY ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General <br> ☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment <br> (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br><br> *(If pro se, select this deck)* | ☐ 895 Freedom of Information Act <br> ☐ 890 Other Statutory Actions <br> (if Privacy Act) <br><br> *(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K.** *Labor/ERISA (non-employment)* | ☐ **L.** *Other Civil Rights (non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor/Mgmt. Relations <br> ☐ 730 Labor/Mgmt. Reporting & Disclosure Act <br> ☐ 740 Labor Railway Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act) <br> ☐ 443 Housing/Accommodations <br> ☐ 444 Welfare <br> ☐ 440 Other Civil Rights | ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment & Enforcement of Judgment <br> ☐ 153 Recovery of Overpayment of Veteran's Benefits <br> ☐ 160 Stockholder's Suits <br> ☐ 190 Other Contracts <br> ☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V.** ☒ **ORIGIN**

| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ Multi district Litigation | ☐ 7 Appeal to District Judge from Mag. Judge |
|---|---|---|---|---|---|---|

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*BANKRUPTCY APPEAL    11: 8001*

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 | **DEMAND $** | Check YES only if demanded in complaint <br> **JURY DEMAND:** ☐ YES ☒ NO |
|---|---|---|---|

**VIII. RELATED CASE(S)** (See instruction) <br> **IF ANY** ☐ YES ☐ NO    If yes, please complete related case form.

**DATE** *Aug. 6, 2007*    **SIGNATURE OF ATTORNEY OF RECORD** *NCD*

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

**I.** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

**III.** CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

**IV.** CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

**VI.** CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

**VIII.** RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

APPEAL

# U.S. Bankruptcy Court
## United States Bankruptcy Court for the District of Columbia (Washington, D.C.)
### Bankruptcy Petition #: 94-00417
#### Internal Use Only

*Assigned to:* Judge S. Martin Teel Jr.
Chapter 7
Voluntary
Asset

*Date Filed:* 04/19/1994

**Debtor**
**DRG Funding Corporation**
5125 MacArthur Blvd., NW
Washington, DC 20016
Tax id: 52-1264734

represented by **Nelson J. Kline**
3050 K Street, N.W.
Suite 205
Washington, DC 20007
(202) 775-0108

**Trustee**
**Wendell W. Webster**
Webster, Fredrickson & Brackshaw
1775 K Street, NW
Suite 600
Washington, DC 20006
202-659-8510

represented by **Arthur P. Lander**
614 South 19th Street
Arlington, VA 22202
(703) 486-0700
Email: artlander@aol.com

**U.S. Trustee**
**U. S. Trustee for Region Four, 11**
U. S. Trustee's Office
115 South Union St
Suite 210 Plaza Level
Alexandria, VA 22314
703-557-7183

| Filing Date | # | Docket Text |
|---|---|---|
| 04/19/1994 | 1 | Voluntary Petition, Schedules, Statement of Financial Affairs and Matrix. (Filing Fee: $130.00; Noticing Fee: $30.00, Receipt# 11040). (ej) (Entered: 04/20/1994) |
| 04/29/1994 | 2 | Notice of Appointment of Interim Trustee, William White. (ej) (Entered: 04/29/1994) |
| 05/02/1994 | 3 | First Meeting of Creditors Scheduled For 11:30 5/26/94 At 1110 Vermont Ave., NW Room 210 (Noticing Fee: $29.50) C/M: 59 (dr) (Entered: 05/03/1994) |

| 05/27/1994 | 4 | Report by Interested Party U.S. Trustee Of Election of Chapter 7 Trustee David McC. Estabrook, Esq. (ej) (Entered: 06/01/1994) |
|---|---|---|
| 06/03/1994 | 5 | Notice Filed by Interested Party U.S. Trustee Re: Election of David McC. Estabrook as Trustee. (ej) (Entered: 06/03/1994) |
| 06/20/1994 | 6 | Order Granting [4-1] Motion Of Election of Chapter 7 Trustee by U.S. Trustee . David McC. Estabrook appointed C/M 8 (gc) (Entered: 06/20/1994) |
| 06/20/1994 | | Terminated Trustee William D. White. (ej) (Entered: 06/22/1994) |
| 06/22/1994 | | Trustee David Estabrook appointed. (gam) (Entered: 06/22/1994) |
| 07/01/1994 | 7 | First Meeting Held and Examination of Debtor. (dr) (Entered: 07/05/1994) |
| 07/12/1994 | 8 | Trustee's Report of No Distribution. (ej) (Entered: 07/13/1994) |
| 07/14/1994 | 9 | First Meeting of Creditors Scheduled For 12:00 8/4/94 At 1110 Vermont Ave., NW Room 210 Last Day To Oppose Discharge: 10/3/94. C/M: 9 (ej) (Entered: 07/20/1994) |
| 07/28/1994 | 10 | Request Filed by Trustee David McC. Estabrook To Withdraw [8-1] No Asset Report. Document(s) terminated. (ej) (Entered: 07/29/1994) |
| 08/08/1994 | | Case Status Changed. Fnl report terminated. (gam) (Entered: 08/08/1994) |
| 08/17/1994 | 11 | First Meeting Continued/Rescheduled until 12:00 9/29/94 At 1110 Vermont Ave., NW Room 210. (ej) (Entered: 08/18/1994) |
| 08/19/1994 | 12 | Application By Trustee David McC. Estabrook To Employ John P. Cummins, III for special purpose nunc pro tunc . (ej) (Entered: 08/19/1994) |
| 09/09/1994 | 13 | Order of Compliance Re: [12-1] Application To Employ John P. Cummins, III for special purpose nunc pro tunc by David McC. Estabrook (Compliance Due Date: 9/29/94) (See Order). (ej) (Entered: 09/09/1994) |
| 09/23/1994 | 14 | Revised Affidavit of proposed special counsel Filed by Trustee David McC. Estabrook RE: [13-1] Compliance Order. (ej) (Entered: 09/27/1994) |
| 09/23/1994 | 15 | Notice by Trustee David McC. Estabrook requesting that the Clerk |

| | | disregard the Trustee's Report of No Distribution. The Trustee has made no determination regarding whether or not any assets exist in the estate. (ej) (Entered: 09/27/1994) |
|---|---|---|
| 10/04/1994 | 16 | Objection By Interested Party HUD To [12-1] Application To Employ John P. Cummins, III for special purpose nunc pro tunc by David McC. Estabrook. (ej) (Entered: 10/04/1994) |
| 10/06/1994 | 17 | Order of Compliance By The U.S. Trustee Re: [12-1] Application To Employ John P. Cummins, III for special purpose nunc pro tunc by David Estabrook (Compliance Due Date: 10/17/94). (ej) (Entered: 10/06/1994) |
| 10/06/1994 | 18 | Order Scheduling Hearing on [12-1] Application To Employ John P. Cummins, III for special purpose nunc pro tunc by David McC. Estabrook Hearing Scheduled for 10:30 10/18/94 at Courtroom 24, U.S. Courthouse. (ej) (Entered: 10/06/1994) |
| 10/13/1994 | 19 | Objection By Interested Party U.S. Trustee To [12-1] Application To Employ John P. Cummins, III for special purpose nunc pro tunc by David McC. Estabrook. (ej) (Entered: 10/13/1994) |
| 10/17/1994 | 21 | Case Hearing Summary Re: [12-1] Application To Employ John P. Cummins, III for special purpose nunc pro tunc by David McC. Estabrook; Hearing Continued To 10:30 10/25/94 at Courtroom 24, U.S. Courthouse (kr) (Entered: 10/19/1994) |
| 10/18/1994 | 20 | Reply Filed In Open Court by Trustee David McC. Estabrook To [19-1] opposition by U.S. Trustee, [16-1] opposition by HUD. (ej) (Entered: 10/19/1994) |
| 10/25/1994 | 22 | Order Granting [12-1] Application To Employ John P. Cummins, III for special purpose nunc pro tunc to 4/19/94 to conduct on behalf of the estate for special litigation filed by Trustee David McC. Estabrook. C/M 3 (rw) (Entered: 10/25/1994) |
| 10/25/1994 | | Added special counsel John P. Cummins III (rw) (Entered: 10/25/1994) |
| 10/25/1994 | 23 | Hearing Held Re: [12-1] Application To Employ John P. Cummins, III for special purpose nunc pro tunc by David McC. Estabrook. (ej) (Entered: 10/26/1994) |
| 10/31/1994 | 24 | First Meeting Held and Examination of Debtor. (dc) (Entered: 10/31/1994) |
| 10/31/1994 | 25 | Trustee's Dividend Letter to the Court. (dc) (Entered: 10/31/1994) |

| 11/07/1994 | 26 | Trustee's Notice of Possible Dividends. Notice Served 11/3/94 Last Day to File Claims 2/1/95 . C/M 60. (ej) (Entered: 11/07/1994) |
| 03/06/1995 | 27 | Application By Trustee David McC. Estabrook To Employ David & Hagner, P.C. to represent the Trustee . (ej) (Entered: 03/06/1995) |
| 03/23/1995 | 28 | Motion by Trustee David McC. Estabrook To temporarily stay court action on application to employ counsel . (ej) (Entered: 03/23/1995) |
| 04/17/1995 | 29 | Motion By Trustee David McC. Estabrook For Relief From Stay . (Receipt# 15834 Amount $ 60.00). (kr) (Entered: 04/17/1995) |
| 04/17/1995 | | Added Attorney John P. Cummins III (kr) (Entered: 04/17/1995) |
| 04/17/1995 | 30 | Hearing Notice Re: [29-1] Motion For Relief From Stay by David McC. Estabrook Scheduled for 9:30 5/11/95 at Courtroom 24, U.S. Courthouse. Notice sent to John Cummins, III to notice all interested parties. (kr) (Entered: 04/17/1995) |
| 04/19/1995 | 31 | Motion By Trustee David McC. Estabrook To Withdraw [27-1] Application To Employ David & Hagner, P.C. to represent the Trustee by David McC. Estabrook . (kr) (Entered: 04/20/1995) |
| 04/21/1995 | 32 | Certificate Of Service By John P. Cummins for Trustee David McC. Estabrook Of [30-1] Hearing, On [29-1] Motion For Relief From Stay. (kr) (Entered: 04/24/1995) |
| 05/02/1995 | 33 | Order Granting [31-1] Motion To Withdraw [27-1] Application To Employ David & Hagner, P.C. to represent the Trustee by David McC. Estabrook by David McC. Estabrook. C/M 11 (ej) (Entered: 05/02/1995) |
| 05/02/1995 | | Terminated Document on Application to Employ filed by Daid McC. Estabrook. (ej) (Entered: 05/02/1995) |
| 05/11/1995 | 34 | Hearing Held Re: [29-1] Motion For Relief From Stay by David McC. Estabrook . (dr) (Entered: 05/11/1995) |
| 05/11/1995 | 35 | Order Granting [29-1] Motion For Relief From Stay by David McC. Estabrook. C/M 3 (dr) (Entered: 05/11/1995) |
| 05/16/1995 | | Terminated Document (DE #28 - Moot In Light Of DE #33) (dr) (Entered: 05/16/1995) |
| 06/14/1995 | 36 | Application By Trustee David McC. Estabrook To Employ David J. Ervin, Esq. To analyze and provide the Trustee with legal advice and |

| | | |
|---|---|---|
| | | counsel regarding the administration of the Debtor's estate. (ej) (Entered: 06/15/1995) |
| 06/14/1995 | 37 | Application By Trustee David McC. Estabrook To Employ Stuart C. Sloame, Esq. To analyze and provide the Trustee with legal advice and counsel regarding the debtor's relationship with federal housing agencies etc. (ej) (Entered: 06/15/1995) |
| 06/28/1995 | 38 | Objection By Interested Party HUD To [36-1] Application To Employ David J. Ervin, Esq. by David McC. Estabrook. (ej) (Entered: 06/28/1995) |
| 06/28/1995 | 39 | Objection By Interested Party HUD To [37-1] Application To Employ Stuart C. Sloame, Esq. by David McC. Estabrook. (ej) (Entered: 06/28/1995) |
| 07/05/1995 | 40 | Order Granting [37-1] Application To Employ Stuart C. Sloame, Esq. by David McC. Estabrook. C/M 3 (ej) (Entered: 07/05/1995) |
| 07/05/1995 | 41 | Order Granting [36-1] Application To Employ David J. Ervin, Esq. by David McC. Estabrook. C/M 3 (ej) (Entered: 07/05/1995) |
| 07/19/1995 | 42 | Application By Interested Party Records Management, Inc. For Administrative Expenses in the amount of 4,939.36 . (ej) (Entered: 07/19/1995) |
| 08/10/1995 | 43 | Order Vacating [40-1] Order Authorizing Employment, [41-1] Order Authorizing Employment and Scheduling Hearing On:( [36-1] Application To Employ David J. Ervin, Esq. by David McC. Estabrook Hearing set for 2:00 8/17/95 at Courtroom 24, U.S. Courthouse, [37-1] Application To Employ Stuart C. Sloame, Esq. by David McC. Estabrook Hearing set for 2:00 8/17/95 at Courtroom 24, U.S. Courthouse) . C/M 3 (kr) (Entered: 08/10/1995) |
| 08/10/1995 | | Reopen Document [37-1] Application To Employ Stuart C. Sloame, Esq. by David McC. Estabrook, [36-1] Application To Employ David J. Ervin, Esq. by David McC. Estabrook; See DE #43 (kr) (Entered: 08/10/1995) |
| 08/15/1995 | | Terminated Deadline on Proof of Claimsi and Objections to Discharge. (ej) (Entered: 08/15/1995) |
| 08/15/1995 | 44 | Motion By Trustee David McC. Estabrook To Continue Hearing On: ([37-1] Application To Employ Stuart C. Sloame, Esq. by David McC. Estabrook, [36-1] Application To Employ David J. Ervin, Esq. by David McC. Estabrook) . (ej) (Entered: 08/15/1995) |
| | | |

| 08/16/1995 | 45 | Order Granting [44-1] Motion To Continue Hearing On:([37-1] Application To Employ Stuart C. Sloame, Esq. by David McC. Estabrook, [36-1] Application To Employ David J. Ervin, Esq. by David McC. Estabrook) by David McC. Estabrook; Hearing reset To 9:30 9/13/95 at Courtroom 24, U.S. Courthouse. C/M 3 (kr) (Entered: 08/16/1995) |
|---|---|---|
| 08/16/1995 |  | Reopen Document [37-1] Application To Employ Stuart C. Sloame, Esq. by David McC. Estabrook (kr) (Entered: 08/16/1995) |
| 09/07/1995 | 46 | Order Granting [42-1] Application For Administrative Expenses in the amount of $4,939.36 by Records Management, Inc. C/M 2 (ej) (Entered: 09/07/1995) |
| 09/13/1995 | 47 | Hearing Held Re: [37-1] Application To Employ Stuart C. Sloame, Esq. by David McC. Estabrook, [36-1] Application To Employ David J. Ervin, Esq. by David McC. Estabrook (D.E. 37-Granted) and D.E. 36-Granted/w changes). (ej) (Entered: 09/13/1995) |
| 09/22/1995 | 48 | Order Granting [37-1] Application To Employ Stuart C. Sloame As Counsel For The Trustee By David McC. Estabrook. C/M 3 (dr) (Entered: 09/22/1995) |
| 09/22/1995 | 49 | Order Granting [36-1] Application To Employ David J. Ervin, As Counsel For The Trustee by David McC. Estabrook. C/M 3 (dr) (Entered: 09/22/1995) |
| 08/06/1997 |  | Added Interested Party The Reliant Group, A Delaware Ltd Partnership. (cp) (Entered: 08/06/1997) |
| 08/06/1997 | 50 | Assignment of Claim Filed By Interested Party The Reliant Group, A Delaware Ltd Partnership. Claim Transferred To: The Reliant Group, A Delaware Limited Partnership. Objection Deadline 8/26/97 (cp) (Entered: 08/06/1997) |
| 08/06/1997 | 51 | Notice of Appearance And Request For Service Of Notice By Edward C. Dolan for Interested Party The Reliant Group, A Delaware Ltd Partne. (pk) (Entered: 08/07/1997) |
| 10/29/1997 | 52 | First Interim Application By Trustee's Counsel, David Ervin, Estabrook and Associates For Compensation ( Fees: $ 5,387.50, Expenses: $ 5.16) . (pk) (Entered: 10/29/1997) |
| 10/29/1997 | 53 | Notice of Motion/Application RE: [52-1] Application For Compensation ( Fees: $ 5,387.50, Expenses: $ 5.16) by Trustee's Counsel, David Ervin, Esq.; Notice Served 10/29/97 ; Objections to Motion Due: 11/18/97 . (pk) (Entered: 10/29/1997) |

| 11/06/1997 | 54 | Application By Trustee David McC. Estabrook To Employ Accounting Firm with attachments. (pk) (Entered: 11/06/1997) |
|---|---|---|
| 11/06/1997 | 55 | Hearing Notice Re: [54-1] Application To Employ Accounting Firm by David McC. Estabrook Scheduled For 2:00 12/3/97 at Courtroom 24, U.S. Courthouse. Notice Sent By David McC. Estabrook To All Interested Parties. (dr) (Entered: 11/10/1997) |
| 11/08/1997 | 56 | First Application By Stuart C. Sloame Trustee Housing Law Counsel. For Compensation (Fees: $10,000.00, Expenses: $190.57) . (ej) (Entered: 11/12/1997) |
| 11/08/1997 | 57 | Notice of Motion/Application RE: [56-1] Application For Compensation (Fees: $10,000.00, Expenses: $190.57) by David McC. Estabrook; Notice Served 11/7/97; Objections to Motion Due: 11/27/97. (ej) (Entered: 11/12/1997) |
| 11/18/1997 | 58 | Objection By Interested Party U.S. Trustee To [52-1] Application For Compensation (Fees: $5,387.50, Expenses: $5.16) by David McC. Estabrook. (ej) (Entered: 11/20/1997) |
| 11/19/1997 | 59 | Stipulation by Edward C. Dolan for Interested Party The Reliant Group, A Delaware Ltd Partnership regarding 11/6/97 application to employ accounting firm (extension of time to and including 11/24/97). (ej) (Entered: 11/20/1997) |
| 11/21/1997 | 60 | Objection By Interested Party U.S. Trustee To [56-1] Application For Compensation (Fees: $10,000.00, Expenses: $190.57) by David McC. Estabrook. (ej) (Entered: 11/21/1997) |
| 12/03/1997 | 61 | Hearing Held Re: [56-1] Application For Compensation (Fees: $10,000.00, Expenses: $190.57) by David McC. Estabrook, [54-1] Application To Employ Accounting Firm by David McC. Estabrook, [52-1] Application For Compensation ( Fees: $ 5,387.50, Expenses: $ 5.16) by David McC. Estabrook. (ej) (Entered: 12/04/1997) |
| 12/04/1997 | 62 | Order Granting In Part [56-1] Application For Compensation (Fees: $10,000.00, Expenses: $190.57) by David McEstabrook payment to Stuart C. Sloame of $9,580.00 in fees and $146.78 in expenses. C/M 5 (ej) (Entered: 12/04/1997) |
| 12/04/1997 | 63 | Order Granting [54-1] Application To Employ Accounting Firm by David McC. Estabrook. C/M 13 (ej) (Entered: 12/04/1997) |
| 12/04/1997 | 64 | Order Granting [52-1] Application For Compensation ( Fees: $5,387.50, Expenses: $ 5.16) by David McC. Estabrook payment to David J. Ervin of $4993.00 in fees and $5.16 in expenses. C/M 4 (ej) |

| | | (Entered: 12/04/1997) |
|---|---|---|
| 12/04/1997 | | Terminated Deadline (Objection Re: Assignment To Claim) (dr) (Entered: 12/04/1997) |
| 07/12/1999 | 65 | Application By Interested Party Records Management, Inc. For Administrative Expenses . (ej) (Entered: 07/12/1999) |
| 07/30/1999 | 66 | Order Granting [65-1] Application For Administrative Expenses by Records Management, Inc. C/M 2 (gb) (Entered: 07/30/1999) |
| 09/27/1999 | 67 | Motion Filed By Interested Party The Reliant Group, A Delaware Ltd Partne For an Order Directing the Chapter 7 Trustee To Show Cause Why He Should Not Make an Interim Distribution to Creditors, and Granting other Relief . (gb) (Entered: 09/28/1999) |
| 10/19/1999 | 68 | Response By Trustee David McC. Estabrook To [67-1] Motion For an Order Directing the Chapter 7 Trustee To Show Cause Why He Should Not Make an Interim Distribution to Creditors, and Granting other Relief by The Reliant Group, A Delaware Ltd Partne. (gb) (Entered: 10/20/1999) |
| 10/22/1999 | 69 | Order Granting [67-1] Motion For an Order Directing the Chapter 7 Trustee To Show Cause Why He Should Not Make an Interim Distribution to Creditors, and Granting other Relief by The Reliant Group, A Delaware Ltd Partne. C/M 4 (gb) (Entered: 10/22/1999) |
| 12/14/1999 | 70 | Motion by Debtor DRG Funding Corporation To Approve Payment of Administrative Expense . (gb) (Entered: 12/15/1999) |
| 01/03/2000 | 71 | Order Granting [70-1] Motion To Approve Payment of Administrative Expense by DRG Funding Corporation. C/M 3 (gb) (Entered: 01/03/2000) |
| 01/10/2000 | 72 | Application By Interested Party Records Management, Inc. For Administrative Expenses . (gb) (Entered: 01/11/2000) |
| 02/09/2000 | 73 | Motion By special counsel John P. Cummins To Approve Payment of Administrative Expense . (gb) (Entered: 02/10/2000) |
| 02/09/2000 | 74 | Notice of Motion/Application RE: [73-1] Motion To Approve Payment of Administrative Expense by John P. Cummins III; Notice Served 2/7/00; Objections to Motion Due: 2/27/00. (gb) (Entered: 02/10/2000) |
| 02/15/2000 | 75 | Order Requiring Notice Re: [72-1] Application For Payment of Administrative Expenses by Records Management, Inc. (Compliance |

| | | Due Date: 3/7/00). (gb) (Entered: 02/15/2000) |
|---|---|---|
| 03/01/2000 | 76 | Amended Application by Interested Party Records Management, Inc. For Administrative Expenses RE: [72-1] Application For Administrative Expenses (gb) (Entered: 03/03/2000) |
| 03/01/2000 | 77 | Notice of Motion/Application RE: [76-1] Amended Application For Administrative Expenses by Records Management, Inc.; Notice Served 2/24/00; Objections to Motion Due: 3/15/00. (gb) (Entered: 03/03/2000) |
| 03/14/2000 | 78 | Order Granting [73-1] Motion To Approve Payment of Administrative Expense by John P. Cummins III. C/M 2 (gb) (Entered: 03/14/2000) |
| 03/22/2000 | 79 | Order Granting [76-1] Amended Application For Administrative Expenses by Records Management, Inc. (ORDERED that the Trustee shall forthwith pay to Records Management, Inc. an administrative expense of $2,027.40) C/M 2 (gb) (Entered: 03/22/2000) |
| 05/24/2000 | 80 | Motion By Trustee David McC. Estabrook For Administrative Expenses in the amount of $3,470.00 . (ej) (Entered: 05/24/2000) |
| 05/24/2000 | 81 | Notice of Motion/Application RE: [80-1] Application For Administrative Expenses in the amount of $3,470.00 by David McC. Estabrook; Notice Served 5/22/00; Objections to Motion Due: 6/11/00. (ej) (Entered: 05/24/2000) |
| 06/14/2000 | 82 | Order Granting [80-1] Application For Administrative Expenses in the amount of $3,470.00 by David McC. Estabrook. C/M 2 (ej) (Entered: 06/14/2000) |
| 11/06/2000 | 83 | Application By Interested Party Records Management, Inc. For Administrative Expenses . (ej) (Entered: 11/07/2000) |
| 11/06/2000 | 84 | Notice of Motion/Application RE: [83-1] Application For Administrative Expenses by Records Management, Inc. ; Notice Served 11/3/00 ; Objections to Motion Due: 11/23/00 . (ej) (Entered: 11/07/2000) |
| 12/13/2000 | 85 | Order Granting [83-1] Application For Administrative Expenses by Records Management, Inc. Trustee shall forthwith pay to Records Management, Inc. an administrative expense of $3,041.10. C/M 2 (ej) (Entered: 12/13/2000) |
| 05/21/2001 | 86 | Motion By Trustee David McC. Estabrook To Approve Payment of Administrative Expenses (kt) (Entered: 05/24/2001) |

| 05/21/2001 | 87 | Notice of Motion RE: [86-1] Motion To Approve Payment of Administrative Expenses by David McC. Estabrook; Notice Served 5/18/01; Objections to Motion Due: 6/7/01. (kt) (Entered: 05/24/2001) |
| 06/18/2001 | 88 | Order Granting [86-1] Application To Approve Payment of Administrative Expenses by David McC. Estabrook. C/M 2 (kt) (Entered: 06/18/2001) |
| 08/06/2001 | 89 | Assignment of Claim Filed By Creditor Lawyers Recovery & Litigation Srvc., Inc in the Amount of: $4,219,701.56. Claim Transferred To: New England Phoenix Co., Inc.. Objection Deadline 8/26/01. (Notice Mailed by BNC) Waiver of Opportunity To Object. No Claim Filed. (kt) (Entered: 09/19/2001) |
| 09/24/2001 | 90 | Certificate of Mailing by BNC Re: [89-1] Claims Assignment of Lawyer Recovery & Litigation Srvc., Inc.; Notices Mailed By BNC on 9/21/01. (mw) (Entered: 10/05/2001) |
| 10/05/2001 | | Terminated Deadline. No Objections Filed Re [DE 89-1]. (mw) (Entered: 10/05/2001) |
| 07/20/2004 | | U. S. Trustee for Region Four, Party to Case, added to case. (be) (Entered: 07/20/2004) |
| 01/19/2005 | ●91 | Motion to Compel *Chapter 7 Trustee* Filed by U. S. Trustee for Region Four (xEarly1, Dennis) (Entered: 01/19/2005) |
| 01/19/2005 | ●92 | Notice of Opportunity to Object *to U S Trustee Motion to Compel* Filed by U. S. Trustee for Region Four (Re: Related Document(s) #:91 Motion to Compel.) Objections due by 2/8/2005 for 91,. (xEarly1, Dennis) (Entered: 01/19/2005) |
| 01/19/2005 | ●93 | Notice of Hearing Filed by U. S. Trustee for Region Four (Re: Related Document(s) #:91 Motion to Compel.) Hearing scheduled for 2/22/2004 at 09:30 AM Courtroom 24 for 91,. (xEarly1, Dennis) (Entered: 01/19/2005) |
| 01/25/2005 | ●94 | PROPOSED ORDER. correction *(Order Missing when motion filed)* Filed by U. S. Trustee for Region Four. (Re: Related Document(s) #:91 Motion to Compel.) (xEarly1, Dennis) (Entered: 01/25/2005) |
| 02/16/2005 | | Document Transmitted to Chambers (Re: Related Document(s) #:91 Motion to Compel) (sm) (Entered: 02/16/2005) |
| 02/22/2005 | ●95 | Order Granting Motion To Compel (Related Document #: 91) Entered on 2/22/2005. (See Order for further details) (dc) (Entered: |

| | | 02/22/2005) |
|---|---|---|
| 02/24/2005 | ❶96 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:95 Order on Motion to Compel) No. of Notices: 2. Service Date 02/24/2005. (Admin.) (Entered: 02/25/2005) |
| 03/09/2005 | ❶97 | Application to Employ Kermit A. Rosenberg as Attorney for Trustee Filed by David McC. Estabrook (Attachments: # 1 Declaration of Proposed Counsel# 2 Proposed Order) (Rosenberg, Kermit) (Entered: 03/09/2005) |
| 03/16/2005 | ❶98 | Objection to, Claimant: Daniel O'Donoghue. Filed by David McC. Estabrook (Attachments: # 1 Proposed Order) (Rosenberg, Kermit) (Entered: 03/16/2005) |
| 03/16/2005 | ❶99 | Notice of Hearing Scheduled for 04/19/05. Filed by David McC. Estabrook. (Re: Related Document(s) #:98 Objection to Claim.) (Rosenberg, Kermit) (Entered: 03/16/2005) |
| 03/16/2005 | ❶100 | Objection to, Claimant: Carroll P. Kisser. Filed by David McC. Estabrook (Attachments: # 1 Proposed Order) (Rosenberg, Kermit) (Entered: 03/16/2005) |
| 03/16/2005 | ❶101 | Notice of Hearing Scheduled for 04/19/05. Filed by David McC. Estabrook. (Re: Related Document(s) #:100 Objection to Claim.) (Rosenberg, Kermit) (Entered: 03/16/2005) |
| 03/16/2005 | ❶102 | Notice of Hearing Scheduled for 04/19/2005. (corrected) Filed by David McC. Estabrook. (Re: Related Document(s) #:99 Notice of Hearing.) (Rosenberg, Kermit) (Entered: 03/16/2005) |
| 03/16/2005 | ❶103 | Notice of Hearing Scheduled for 04/19/05. (corrected) Filed by David McC. Estabrook. (Re: Related Document(s) #:101 Notice of Hearing.) (Rosenberg, Kermit) (Entered: 03/16/2005) |
| 03/17/2005 | ❶ | Hearing Scheduled (Re: Related Document(s) #:100 Objection to Claim, 98 Objection to Claim) Hearing scheduled for 4/19/2005 at 09:30 AM Courtroom 24. (tg) (Entered: 03/17/2005) |
| 03/21/2005 | ❶ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE RELATED PLEADING REQUIRES A 30 DAY NOTICE OF OPPORTUNITY TO OBJECT. PLEASE FILE A SEPARATE NOTICE OF OPPORTUNITY TO OBJECT. (Re: Related Document(s) #:98 Objection to Claim) YOU HAVE UNTIL 3/24/2005 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (tg) (Entered: |

| | | 03/21/2005) |
|---|---|---|
| 03/21/2005 | ❶ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE RELATED PLEADING REQUIRES A 30 DAY NOTICE OF OPPORTUNITY TO OBJECT. PLEASE FILE A SEPARATE NOTICE OF OPPORTUNITY TO OBJECT. (Re: Related Document(s) #:100 Objection to Claim) YOU HAVE UNTIL 3/24/2005 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (tg) (Entered: 03/21/2005) |
| 03/24/2005 | ❶104 | Notice of Opportunity to Object Filed by David McC. Estabrook. (Re: Related Document(s) #:98 Objection to Claim.) Objections due by 4/13/2005 for 98,. (Rosenberg, Kermit) (Entered: 03/24/2005) |
| 03/24/2005 | ❶105 | Notice of Opportunity to Object Filed by David McC. Estabrook. (Re: Related Document(s) #:100 Objection to Claim, Electronic Deficiency Notice - Notice of Opporutnity to Object Not Filed Separately,, Electronic Deficiency Notice - Notice of Opporutnity to Object Not Filed Separately,.) Objections due by 4/13/2005 for 100 and for [] and for [],. (Rosenberg, Kermit) (Entered: 03/24/2005) |
| 04/01/2005 | | Deadlines Terminated. Movant Filed Notices Of Opportunity to Object in Compliance with a Deficiency Notice. (tg) (Entered: 04/01/2005) |
| 04/13/2005 | ❶106 | Order Granting Application to Employ Kermit A. Rosenberg as Attorney for the Trustee. (Related Document #: 97) Entered on 4/13/2005. (tg) (Entered: 04/13/2005) |
| 04/13/2005 | | Attorney Kermit A. Rosenberg for David McC. Estabrook added to case. (tg) (Entered: 04/13/2005) |
| 04/15/2005 | ❶107 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:106 Order on Application to Employ) No. of Notices: 3. Service Date 04/15/2005. (Admin.) (Entered: 04/16/2005) |
| 04/19/2005 | ❶108 | Hearing Continued (Re: Related Document(s) #:100 Objection to Claim Carroll P. Kisser 98 Objection to Claim of Daniel O'Donoghue Filed by David Mc C. Estabrook) Hearing scheduled for 5/3/2005 at 9:30 AM Courtroom 24. (sm) (Entered: 04/19/2005) |
| 04/23/2005 | ❶109 | Objection to, Claimant: Daniel O"Donoghue Co.. Filed by David McC. Estabrook (Attachments: # 1 Proposed Order) (Rosenberg, Kermit) (Entered: 04/23/2005) |
| | | |

| | | |
|---|---|---|
| 04/23/2005 | 110 | Notice of Opportunity to Object Filed by David McC. Estabrook. (Re: Related Document(s) #:109 Objection to Claim.) Objections due by 5/23/2005 for 109,. (Rosenberg, Kermit) (Entered: 04/23/2005) |
| 04/23/2005 | 111 | Notice of Hearing Scheduled for 05/25/05. Filed by David McC. Estabrook. (Re: Related Document(s) #:109 Objection to Claim.) (Rosenberg, Kermit) (Entered: 04/23/2005) |
| 04/23/2005 | 112 | Amended Notice *of Hearing* Filed by David McC. Estabrook. (Re: Related Document(s) #:111 Notice of Hearing, 109 Objection to Claim.) (Rosenberg, Kermit) (Entered: 04/23/2005) |
| 04/23/2005 | 113 | Notice of Opportunity to Object *(Amended to correct hearing date to 5/24/05)* Filed by David McC. Estabrook. (Re: Related Document(s) #:109 Objection to Claim, 110 Notice of Opportunity to Object (30 Days).) Objections due by 5/23/2005 for 109 and for 110,. (Rosenberg, Kermit) (Entered: 04/23/2005) |
| 04/25/2005 | 114 | Notice of Hearing Continued to 05/03/05. Filed by David McC. Estabrook. (Re: Related Document(s) #:100 Objection to Claim.) (Rosenberg, Kermit) (Entered: 04/25/2005) |
| 04/28/2005 | | Hearing Scheduled (Re: Related Document(s) #:109 Objection to Claim) Hearing scheduled for 5/24/2005 at 09:30 AM Courtroom 24. (tg) (Entered: 04/28/2005) |
| 05/03/2005 | 115 | Hearing Continued (Re: Related Document(s) #:100 Objection to Claim of Carroll P. Kisser Filed by David McC. Estabrook) Hearing scheduled for 5/24/2005 at 9:30 AM Courtroom 24. (sm) (Entered: 05/03/2005) |
| 05/24/2005 | 116 | Hearing Continued (Re: Related Document(s) #:100 Objection to Claim of Carroll P. Kisser109 Objection to Claim of Daniel O'Donoghue Co.) Hearing scheduled for 6/7/2005 at 9:30 AM Courtroom 24. (sm) (Entered: 05/24/2005) |
| 06/07/2005 | 117 | Hearing Continued (Re: Related Document(s) #:100 Objection to Claim, 109 Objection to Claim) Hearing scheduled for 7/6/2005 at 9:30 AM Courtroom 24. (sm) (Entered: 06/09/2005) |
| 07/06/2005 | 118 | Hearing Held (Re: Related Document(s) #:100 Objection to Claim Carroll P. Kisser, 109 Objection to Claim Daniel O'Donoghue Co.) (sm) (Entered: 07/06/2005) |
| 07/06/2005 | 119 | Order Disallowing Objection to Claim and Allowing Claim of Carroll P. Kisser (Related Document #: 100) Entered on 7/6/2005. (Re: Related Document(s) #:98 Objection to Claim.) (sm) (Entered: |

| | | |
|---|---|---|
| | | 07/06/2005 |
| 07/06/2005 | 120 | Order Disallowing Objection to Claim and Allowing Claim of Daniel O'Donoghue Co (Related Document #: 109) Entered on 7/6/2005. (sm) (Entered: 07/06/2005) |
| 07/08/2005 | 121 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:119 Order on Objection to Claim) No. of Notices: 3. Service Date 07/08/2005. (Admin.) (Entered: 07/09/2005) |
| 07/08/2005 | 122 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:120 Order on Objection to Claim) No. of Notices: 3. Service Date 07/08/2005. (Admin.) (Entered: 07/09/2005) |
| 07/24/2005 | | Notice of Returned Mail (Carol Kisser - Not at this address) Re: Related Document(s) #:119 Order on Objection to Claim. (ls) (Entered: 07/24/2005) |
| 10/07/2005 | 123 | Motion to Remove Chapter 7 Trustee filed by Dennis J. Early U. S. Trustee for Region Four (pm) (Entered: 10/07/2005) |
| 10/07/2005 | 124 | Notice of Opportunity to Object *to Motion to Remove Chapter 7 Trustee* Filed by U. S. Trustee for Region Four. (Re: Related Document(s) #:123 Motion.) Objections due by 10/18/2005. (xEarly1, Dennis) (Entered: 10/07/2005) |
| 10/07/2005 | 125 | Notice of Hearing *on Motion to Remove Chapter 7 Trustee* Filed by U. S. Trustee for Region Four (Re: Related Document(s) #:123 Motion.) Hearing scheduled for 11/2/2005 at 09:30 AM Courtroom 24 for 123,. (xEarly1, Dennis) (Entered: 10/07/2005) |
| 10/07/2005 | 126 | Exhibit *1 - Motion to Remove Chapter 7 Trustee* Filed by U. S. Trustee for Region Four. (Re: Related Document(s) #:123 Motion.) (xEarly1, Dennis) (Entered: 10/07/2005) |
| 10/07/2005 | 127 | Exhibit *2 - Motion To Remove Chapter 7 Trustee* Filed by U. S. Trustee for Region Four. (Re: Related Document(s) #:123 Motion.) (xEarly1, Dennis) (Entered: 10/07/2005) |
| 10/07/2005 | 128 | Exhibit *3 - Motion to Remove Chapter 7 Trustee* Filed by U. S. Trustee for Region Four. (Re: Related Document(s) #:123 Motion.) (xEarly1, Dennis) (Entered: 10/07/2005) |
| 10/07/2005 | 129 | Exhibit *4 - Motion to Remove Chapter 7 Trustee* Filed by U. S. Trustee for Region Four. (Re: Related Document(s) #:123 Motion.) (xEarly1, Dennis) (Entered: 10/07/2005) |
| | | |

| 10/07/2005 | 130 | PROPOSED ORDER. *Motion to Remove Chapter 7 Trustee* Filed by U. S. Trustee for Region Four. (Re: Related Document(s) #:123 Motion.) (xEarly1, Dennis) (Entered: 10/07/2005) |
| --- | --- | --- |
| 10/11/2005 | | Hearing Scheduled (Re: Related Document(s) #:123 Motion) Hearing scheduled for 11/2/2005 at 09:30 AM Courtroom 2. (tg) (Entered: 10/11/2005) |
| 11/02/2005 | 131 | Hearing Held (Re: Related Document(s) #:123 Motion to Remove Chapter 7 Trustee filed by US Trustee) (Myers, Sally) (Entered: 11/02/2005) |
| 11/03/2005 | 132 | Order Granting Motion To Remove Chapter 7 Trustee. (Related Document #: 123) Entered on 11/3/2005. David McC. Estabrook Removed as the Chapter 7 Trustee In This Case. (tg) (Entered: 11/03/2005) |
| 11/03/2005 | | Terminated party: David McC. Estabrook (See Order (DE#132). (tg) (Entered: 11/03/2005) |
| 11/03/2005 | 133 | Notice of Appointment of Successor Trustee *Wendell Webster, Esq.. The previous trustee, David McC. Estabrook, having been removed pursuant to court order signed on November 2, 2005.*. Filed by U. S. Trustee for Region Four. (xEarly1, Dennis) (Entered: 11/03/2005) |
| 11/06/2005 | 134 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:132 Order on Motion) No. of Notices: 4. Service Date 11/06/2005. (Admin.) (Entered: 11/07/2005) |
| 11/17/2005 | | Notice of Returned Mail (Re: Related Document(s) #:132 Order on Motion)David Estabrook - RTS Not Deliverable as Addressed (Spayd, Lisa) (Entered: 11/17/2005) |
| 12/14/2005 | | Wendell W. Webster added to case. (Spayd, Lisa) (Entered: 12/14/2005) |
| 12/14/2005 | 135 | Application for Compensation for Kermit A. Rosenberg, Trustee's Attorney, Fee: $11,337.00, Expenses: $5.00. Filed by Kermit A. Rosenberg (Attachments: # 1 Exhibit A# 2 Proposed Order) (Rosenberg, Kermit) (Entered: 12/14/2005) |
| 12/28/2005 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE RELATED PLEADING REQUIRES A SEPARATELY FILED NOTICE OF OPPORTUNITY TO OBJECT. PLEASE FILE A SEPARATE NOTICE OF OPPORTUNITY TO OBJECT. (Re: Related Document(s) #:135 Application for |

| | | Compensation) YOU HAVE UNTIL 1/1/2006 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Spayd, Lisa) (Entered: 12/28/2005) |
|---|---|---|
| 12/30/2005 | ◗136 | Notice of Opportunity to Object *to Application for Compensation by Trustee's Counsel* Filed by David McC. Estabrook. (Re: Related Document(s) #:135 Application for Compensation, Electronic Deficiency Notice - Notice of Opporutnity to Object Not Filed Separately,.) Objections due by 1/19/2006 for 135 and for [],. (Rosenberg, Kermit) (Entered: 12/30/2005) |
| 01/06/2006 | | Deadlines Terminated RE EDN for DE#135; compliance. (Spayd, Lisa) (Entered: 01/06/2006) |
| 02/10/2006 | ◗137 | Order Granting Application For Compensation (Related Document #: 135) Granting for Kermit A. Rosenberg, fees awarded: $11337.00, expenses awarded: $5.00 Entered on 2/10/2006. (Spayd, Lisa) (Entered: 02/10/2006) |
| 02/12/2006 | ◗138 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:137 Order on Application for Compensation) No. of Notices: 1. Service Date 02/12/2006. (Admin.) (Entered: 02/13/2006) |
| 02/22/2006 | ◗ | Notice of Returned Mail - Nelson J. Kline - Not Deliverable As Addressed (Re: Related Document(s) #:137 Order on Application for Compensation) (Jackson, Renee) (Entered: 02/22/2006) |
| 02/23/2006 | ◗139 | Application to Employ Arthur Lander CPA PC as Accountant Filed by Wendell W. Webster (Attachments: # 1 Proposed Order) (Lander, Arthur) (Entered: 02/23/2006) |
| 02/24/2006 | ◗140 | Order Granting Application to Employ Arthur P. Lander (Related Document #: 139) Entered on 2/24/2006. (Spayd, Lisa) (Entered: 02/24/2006) |
| 02/26/2006 | ◗141 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:140 Order on Application to Employ) No. of Notices: 1. Service Date 02/26/2006. (Admin.) (Entered: 02/27/2006) |
| 07/05/2006 | ◗142 | Application for Compensation for Arthur P. Lander, Accountant, Fee: $3335.00, Expenses: $. Filed by Arthur P. Lander (Attachments: # 1 Proposed Order) (Lander, Arthur) (Entered: 07/05/2006) |
| 07/05/2006 | ◗143 | Notice of Opportunity to Object Filed by Arthur P. Lander on behalf of Arthur P. Lander. (Re: Related Document(s) #:142 Application for Compensation.) Objections due by 7/25/2006 for 142,. (Lander, Arthur) (Entered: 07/05/2006) |

| 07/27/2006 | 144 | Order Granting Application For Compensation (Related Document #: 142) Granting for Arthur P. Lander, fees awarded: $3,335.00. Entered on 7/27/2006. (Myers, Sally) (Entered: 07/27/2006) |
|---|---|---|
| 07/29/2006 | 145 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:144 Order on Application for Compensation) No. of Notices: 1. Service Date 07/29/2006. (Admin.) (Entered: 08/01/2006) |
| 08/16/2006 | 146 | Motion to Sell Filed by Wendell W. Webster (Attachments: # 1 Exhibit # 2 Proposed Order) (Webster, Wendell) (Entered: 08/16/2006) |
| 08/16/2006 | 147 | Notice of Opportunity to Object Filed by Wendell W. Webster on behalf of Wendell W. Webster. (Re: Related Document(s) #:146 Motion to Sell.) Objections due by 9/5/2006 for 146,. (Webster, Wendell) (Entered: 08/16/2006) |
| 08/16/2006 | 148 | Notice of Hearing Scheduled for 09/20/06.9:30 am Filed by Wendell W. Webster on behalf of Wendell W. Webster. (Re: Related Document(s) #:146 Motion to Sell, 98 Objection to Claim.) (Webster, Wendell) (Entered: 08/16/2006) |
| 08/17/2006 | | Hearing Scheduled (Re: Related Document(s) #:146 Motion for Authority to Assign Judgment filed By Wendell Webster) Hearing scheduled for 9/20/2006 at 09:30 AM Courtroom 1. (Myers, Sally) (Entered: 08/17/2006) |
| 09/18/2006 | 149 | Order Granting Motion For Authority to Assign Judgmnet (Related Document #: 146) Entered on 9/18/2006. (Myers, Sally) (Entered: 09/18/2006) |
| 09/20/2006 | 150 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:149 Order on Motion To Sell) No. of Notices: 2. Service Date 09/20/2006. (Admin.) (Entered: 09/21/2006) |
| 09/20/2006 | 151 | Motion to Reconsider and/or Set Aside Order Granting Motion For Authority to Assign Judgment Filed by HUD (Re: Related Document (s) #:149 Order on Motion To Sell.) (Jackson, Renee) Modified on 10/3/2006 TO CORRECT SPELLING (Jackson, Renee). (Entered: 09/26/2006) |
| 09/26/2006 | 152 | Notice to Party Filing Paper. (Re: Related Document(s) #:151 Motion to Reconsider) Response by Party Filing Paper due by 10/10/2006 for 151, . (Jackson, Renee) (Entered: 09/26/2006) |
| 09/26/2006 | 153 | Notice to Party Filing Deficient Pleading(s)/Document(s). (Re: Related Document(s) #:151 Motion to Reconsider) Deficient Pleading |

| | | |
|---|---|---|
| | | (s)/Document(s) due by 10/3/2006 for 151, . (Jackson, Renee) (Entered: 09/26/2006) |
| 09/26/2006 | ◗ | Certificate of Service - Deficiency Letter Sent To Francis Toole, Department Of Justice. Filed By Court. (Re: Related Document(s) #:153 Notice to Party Filing Deficient Pleading(s)/Document(s).) (Jackson, Renee) (Entered: 10/17/2006) |
| 09/28/2006 | ◗154 | BNC Certificate of Mailing - Notice to Party Filing Paper (post 6/1/05) (Re: Related Document(s) #:152 Notice to Party Filing Paper) No. of Notices: 1. Service Date 09/28/2006. (Admin.) (Entered: 09/29/2006) |
| 09/29/2006 | ◗155 | Opposition *to Motion to Set Aside and/or Reconsider Order Granting Trustee's Motion for Authority to Assign Judgment* Filed by Wendell W. Webster (Re: Related Document(s) #:151 Motion to Reconsider.) (Attachments: # 1 Exhibit # 2 Proposed Order) (xWebster1, Wendell) (Entered: 09/29/2006) |
| 10/02/2006 | ◗156 | Opposition To Motion To Set Aside And/Or Reconsider Order Granting Trustee's Motion For Authority To Assign Judgment Filed by New England Phoenix Co., Inc. (Re: Related Document(s) #:151 Motion to Reconsider.) (Jackson, Renee) (Entered: 10/03/2006) |
| 10/03/2006 | ◗157 | Notice to Party Filing Paper. (Re: Related Document(s) #:156 Opposition) Response by Party Filing Paper due by 10/17/2006 for 156, . (Jackson, Renee) (Entered: 10/03/2006) |
| 10/03/2006 | ◗158 | Order Striking Document(s) #:156 Opposition and Terminating Attorney Gary J. Silversmith. (Related Document(s) #:156 Opposition.) Order entered on 10/3/2006. (Jackson, Renee) Modified on 10/3/2006 CORRECTIVE ENTRY: NO PDF ATTACHED (Jackson, Renee). (Entered: 10/03/2006) |
| 10/03/2006 | | Attorney Gary J. Silversmith for New England Phoenix Co., Inc. added to case. (Jackson, Renee) (Entered: 10/03/2006) |
| 10/03/2006 | ◗159 | Notice to Party Filing Deficient Pleading(s)/Document(s). NO PROPOSED ORDER (Re: Related Document(s) #:156 Opposition) Deficient Pleading(s)/Document(s) due by 10/10/2006 for 156, . (Jackson, Renee) (Entered: 10/03/2006) |
| 10/03/2006 | ◗160 | Notice to Party Filing Deficient Pleading(s)/Document(s). No Notice (Re: Related Document(s) #:151 Motion to Reconsider) Deficient Pleading(s)/Document(s) due by 10/10/2006 for 151, . (Jackson, Renee) (Entered: 10/03/2006) |
| | | |

| 10/05/2006 | | Attorney Gary J. Silversmith for New England Phoenix Co., Inc. added to case. (Jackson, Renee) (Entered: 10/05/2006) |
|---|---|---|
| 10/05/2006 | ○161 | Order Striking Document(s) #:156 Opposition and Terminating Attorney Gary J. Silversmith. (Related Document(s) #:156 Opposition.) Order entered on 10/5/2006. (Jackson, Renee) (Entered: 10/05/2006) |
| 10/05/2006 | ○162 | BNC Certificate of Mailing - Notice to Party Filing Paper (post 6/1/05) (Re: Related Document(s) #:152 Notice to Party Filing Paper) No. of Notices: 1. Service Date 10/05/2006. (Admin.) (Entered: 10/06/2006) |
| 10/05/2006 | ○163 | BNC Certificate of Mailing - Notice to Party Filing Paper (post 6/1/05) (Re: Related Document(s) #:157 Notice to Party Filing Paper) No. of Notices: 1. Service Date 10/05/2006. (Admin.) (Entered: 10/06/2006) |
| 10/07/2006 | ○164 | BNC Certificate of Mailing - Order. (Re: Related Document(s) #:161 Order Striking) No. of Notices: 10. Service Date 10/07/2006. (Admin.) (Entered: 10/08/2006) |
| 10/11/2006 | ○165 | Pro Se Opposition Filed by New England Phoenix Co., Inc. (Re: Related Document(s) #:151 Motion to Reconsider.) (Meador, Patti) Modified on 10/17/2006 PLEASE SEE DOCKET ENTRY NUMBER 167(Jackson, Renee). (Entered: 10/11/2006) |
| 10/11/2006 | ○166 | Motion for Leave to File in Paper Filed by New England Phoenix Co., Inc. (Re: Related Document(s) #:165 Opposition.) (Meador, Patti) Modified on 10/17/2006 PLEASE DOCKET ENTRY NUMBER 168(Jackson, Renee). (Entered: 10/11/2006) |
| 10/13/2006 | ○167 | Opposition To Motion To Set Aside And/Or Reconsider Order Granting Trustee's Motion For Authority To Assign Judgment Filed by New England Phoenix Co., Inc. (Re: Related Document(s) #:151 Motion to Reconsider.) (Jackson, Renee) (Entered: 10/16/2006) |
| 10/13/2006 | ○168 | Motion for Leave To File In Paper Filed by New England Phoenix Co., Inc. (Re: Related Document(s) #:167 Opposition.) (Jackson, Renee) (Entered: 10/16/2006) |
| 10/16/2006 | ○169 | Notice to Party Filing Deficient Pleading(s)/Document(s). (Re: Related Document(s) #:167 Opposition, 168 Motion for Leave) Deficient Pleading(s)/Document(s) due by 10/23/2006 for 168 and for 167, . (Jackson, Renee) (Entered: 10/16/2006) |
| 10/16/2006 | ○170 | Certificate of Service Filed by Court. (Re: Related Document(s) |

| | | |
|---|---|---|
| | | #:169 Notice to Party Filing Deficient Pleading(s)/Document(s).) (Jackson, Renee) (Entered: 10/17/2006) |
| 10/17/2006 | | Document Transmitted to Chambers (Re: Related Document(s) #:151 Motion to Reconsider, 152 Notice to Party Filing Paper, 153 Notice to Party Filing Deficient Pleading(s)/Document(s)) (Jackson, Renee) (Entered: 10/17/2006) |
| 10/25/2006 | ◖ | Notice of Returned Mail - DRG Funding Corporation - Not Deliverable As Addressed Return To Sender (Re: Related Document (s) #:161 Order Striking) (Jackson, Renee) Modified on 10/25/2006 TO CORRECT SPELLING (Jackson, Renee). (Entered: 10/25/2006) |
| 10/27/2006 | | Deadlines Terminated Regarding DE#156, 167, and 168 - Deficiencies Cured. (Jackson, Renee) (Entered: 10/27/2006) |
| 10/30/2006 | ◖171 | Hearing Scheduled (Re: Related Document(s) #:151 Motion to Set Aside and/or Reconsider Order Granting Trustee's Motion for Authority to Assign Judgment) Hearing scheduled for 11/29/2006 at 09:30 AM Courtroom 1. (Myers, Sally) (Entered: 10/30/2006) |
| 11/01/2006 | ◖172 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:171 Hearing Scheduled) No. of Notices: 2. Service Date 11/01/2006. (Admin.) (Entered: 11/02/2006) |
| 11/13/2006 | ◖173 | Motion to Vacate *Order Assigning Judgment* Filed by HUD (Re: Related Document(s) #:149 Order on Motion To Sell.) (Attachments: # 1 Proposed Order) (Gillett, Glenn) (Entered: 11/13/2006) |
| 11/13/2006 | ◖174 | Certificate of Service Filed by HUD. (Re: Related Document(s) #:173 Motion to Vacate.) (Gillett, Glenn) (Entered: 11/13/2006) |
| 11/15/2006 | ◖ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. PER LBR 9013-1(b) THIS MOTION REQUIRES AN 11 DAY NOTICE OF OPPORTUNITY TO OBJECT. PLEASE FILE A SEPARATE NOTICE OF OPPORTUNITY TO OBJECT BY CLICKING ON BANKRUPTCY-NOTICES-OPPORTUNITY TO OBJECT (11 DAYS). (Re: Related Document(s) #:173 Motion to Vacate) YOU HAVE UNTIL 11/20/2006 for 173, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Jackson, Renee) Modified on 11/15/2006 - ENTERED IN ERROR - PLEASE DISREGARD (Jackson, Renee). (Entered: 11/15/2006) |
| 11/15/2006 | ◖175 | Administrative Correction Notice Regarding Docket Entry No. 173 (Jackson, Renee) (Entered: 11/15/2006) |
| | | |

| | | |
|---|---|---|
| 11/15/2006 | | Deadlines Terminated Regarding DE#173 - Deficiency In Error. (Jackson, Renee) (Entered: 11/15/2006) |
| 11/20/2006 | ❂ | Notice of Returned Mail--For Arthur P. Lander--Forward Time Expired; Return to Sender. (Re: Related Document(s) #:161 Order Striking) (Jennings, Perrin) (Entered: 11/20/2006) |
| 11/27/2006 | ❂176 | Response Filed by HUD (Re: Related Document(s) #:173 Motion to Vacate.) (Gillett, Glenn) (Entered: 11/27/2006) |
| 11/27/2006 | ❂177 | Certificate of Service Filed by HUD. (Re: Related Document(s) #:176 Response.) (Gillett, Glenn) (Entered: 11/27/2006) |
| 11/29/2006 | ❂178 | Hearing Held (Re: Related Document(s) #:151 Motion to Reconsider and /or Set Aside Order Granting Motion for Authority to Assign Judgment Filed by HUD) (Myers, Sally) (Entered: 11/30/2006) |
| 11/29/2006 | ❂180 | Motion For John M. Keought to Appear Pro Hac Vice Filed by New England Phoenix Co., Inc. (Jackson, Renee) (Entered: 11/30/2006) |
| 11/29/2006 | ❂181 | Motion for Leave To File In Paper Filed by New England Phoenix Co., Inc. (Re: Related Document(s) #:180 Motion to Appear Pro Hac Vice.) (Jackson, Renee) (Entered: 11/30/2006) |
| 11/30/2006 | ❂179 | Order Setting Aside Order Granting Trustee's Motion for Authority to Assign Judgment (Related Document #: 173) Entered on 11/30/2006. (Myers, Sally) (Entered: 11/30/2006) |
| 11/30/2006 | | Reopen Document (Re: Related Document(s) #:146 Motion to Sell) (Myers, Sally) (Entered: 11/30/2006) |
| 12/02/2006 | ❂182 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:179 Order on Motion to Vacate) No. of Notices: 2. Service Date 12/02/2006. (Admin.) (Entered: 12/03/2006) |
| 12/05/2006 | ❂ | Notice of Returned Mail (Re: Related Document(s) #:161 Order Striking) Nelson J Kline - Return to sender not deliverable as addressed unable to forward. (Robinson, Terri) (Entered: 03/27/2007) |
| 12/19/2006 | ❂183 | Opposition *to Assignment of Judgment* Filed by HUD (Re: Related Document(s) #:146 Motion to Sell.) (Attachments: # 1 Affidavit Declaration of Munson) (Gillett, Glenn) (Entered: 12/19/2006) |
| 12/19/2006 | ❂184 | Certificate of Service Filed by HUD. (Re: Related Document(s) #:183 Opposition.) (Gillett, Glenn) (Entered: 12/19/2006) |
| | | |

| 01/19/2007 | 🌑185 | Memorandum In Support of Trustee's Motion For Authority To Assign Judgment and In Response to HUD's Opposition Filed by New England Phoenix Co., Inc. . (Re: Related Document(s) #:183 Opposition, 146 Motion to Sell.) (Jackson, Renee) (Entered: 01/22/2007) |
| --- | --- | --- |
| 01/19/2007 | 🌑186 | Motion for Leave To File In Paper Filed by New England Phoenix Co., Inc. (Re: Related Document(s) #:185 Support Document, .) (Jackson, Renee) (Entered: 01/22/2007) |
| 01/31/2007 | 🌑187 | Motion for Leave To File In Paper Filed by New England Phoenix Co., Inc. (Jackson, Renee) (Entered: 02/01/2007) |
| 02/06/2007 | | Document Transmitted to Chambers (Re: Related Document(s) #:187 Motion for Leave) (Jackson, Renee) (Entered: 02/06/2007) |
| 03/13/2007 | 🌑188 | Order Granting Motion for John M. Keough To Appear Pro Hac Vice on Behalf of NEPCO(Related Document #: 180) Entered on 3/13/2007. (Myers, Sally) (Entered: 03/13/2007) |
| 03/13/2007 | | Attorney John Mitchell Keough for New England Phoenix Co., Inc. added to case. (Myers, Sally) (Entered: 03/13/2007) |
| 03/13/2007 | 🌑189 | Order Granting Motion for Leave to File in Paper. The Leave Granted Expires 3/31/07(Related Document #: 186) Entered on 3/13/2007. (Myers, Sally) (Entered: 03/13/2007) |
| 03/13/2007 | 🌑190 | Order Granting Motion for Leave to File in Paper. The Leave to file in Paper Expires on 3/31/07.(Related Document #: 187) Entered on 3/13/2007. (Myers, Sally) (Entered: 03/13/2007) |
| 03/13/2007 | 🌑191 | Order Granting Motion for Leave to File in Paper. The Leave Expires 3/31/07.(Related Document #: 181) Entered on 3/13/2007. (Myers, Sally) (Entered: 03/13/2007) |
| 03/15/2007 | 🌑192 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:189 Order on Motion for Leave) No. of Notices: 1. Service Date 03/15/2007. (Admin.) (Entered: 03/16/2007) |
| 03/15/2007 | 🌑193 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:190 Order on Motion for Leave) No. of Notices: 1. Service Date 03/15/2007. (Admin.) (Entered: 03/16/2007) |
| 03/15/2007 | 🌑194 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:191 Order on Motion for Leave) No. of Notices: 1. Service Date 03/15/2007. (Admin.) (Entered: 03/16/2007) |

| 03/20/2007 | ◐195 | Order Permitting HUD to File Further Memorandum In Support of Opposition to Trustee's Motion for Authority to Assign Judgment. Within 21 Days After Entry of this Order, HUD May, if it So Desires, File a Further Memorandum In Support of Its Opposition to the Trustee's Motion (Related Document(s) #:146 Motion to Sell.) Order entered on 3/20/2007. Memorandum due 4/10/2007. (Myers, Sally) (Entered: 03/20/2007) |
|------------|------|---|
| 03/22/2007 | ◐196 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:195 Order Directing Compliance, ) No. of Notices: 5. Service Date 03/22/2007. (Admin.) (Entered: 03/23/2007) |
| 04/10/2007 | ◐197 | Objection To Transfer of Claim from Claimant *Debtor to NEPCO* in the amount of *$4,219,701.56* Filed by HUD (Re: Related Document (s) #:146 Motion to Sell.) (Gillett, Glenn) (Entered: 04/10/2007) |
| 04/10/2007 | ◐198 | Certificate of Service *Reply to Creditor's Memorandum in Support of Trustee's Motion for Authority to Assign Judgment* Filed by HUD. (Re: Related Document(s) #:197 Objection to Transfer of Claim.) (Gillett, Glenn) (Entered: 04/10/2007) |
| 04/11/2007 | ◐ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE ELECTRONIC SIGNATURE WAS NOT INCLUDED OR IN AN INCORRECT FORMAT. PLEASE FILE AN AMENDED DOCUMENT OR MOTION WITH THE ELECTRONIC SIGNATURE IN THE PROPER FORMAT (e.g. /S/ John Doe). (Re: Related Document(s) #:198 Certificate of Service, 197 Objection to Transfer of Claim) YOU HAVE UNTIL 4/14/2007 for 198 and for 197, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Jackson, Renee) (Entered: 04/11/2007) |
| 04/11/2007 | ◐199 | Objection To Transfer of Claim from Claimant *Debtor to NEPCO (Corrected)* in the amount of *$4,219,701.56* Filed by HUD (Re: Related Document(s) #:197 Objection to Transfer of Claim.) (Gillett, Glenn) (Entered: 04/11/2007) |
| 04/11/2007 | ◐200 | Certificate of Service *(Corrected) Reply to Creditor's Memorandum in Support of Trustee's Motion for Authority to Transfer Judgment* Filed by HUD. (Re: Related Document(s) #:199 Objection to Transfer of Claim.) (Gillett, Glenn) (Entered: 04/11/2007) |
| 04/13/2007 | ◐ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO |

| | | |
|---|---|---|
| | | UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:199 Objection to Transfer of Claim) YOU HAVE UNTIL 4/16/2007 for 199, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Jackson, Renee) (Entered: 04/13/2007) |
| 04/13/2007 | ❶201 | PROPOSED ORDER. Deficiency Cure*Reply to Creditor's Memorandum In Support of Trustee's Motion for Authority to Assign Judgment* Filed by HUD. (Re: Related Document(s) #:199 Objection to Transfer of Claim.) (Gillett, Glenn) (Entered: 04/13/2007) |
| 04/25/2007 | | Deadlines Terminated Regarding DE# 197 and 198 - Deficiency Cured. (Jackson, Renee) (Entered: 04/25/2007) |
| 04/27/2007 | ❶202 | Order Granting Motion for Leave to File in Paper (Related Document #: 168) Entered on 4/27/2007. (Myers, Sally) (Entered: 04/27/2007) |
| 04/29/2007 | ❶203 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:202 Order on Motion for Leave) No. of Notices: 1. Service Date 04/29/2007. (Admin.) (Entered: 04/30/2007) |
| 05/02/2007 | | Deadlines Terminated Regarding DE #199 - Deficiency Cured. (Jackson, Renee) (Entered: 05/02/2007) |
| 05/02/2007 | ❶ | Notice of Returned Mail (Re: Related Document(s) #:195 Order Directing Compliance, )Nelson J Kline - Return to sender not deliverable as addressed unable to forward. (Robinson, Terri) (Entered: 05/03/2007) |
| 06/05/2007 | ❶204 | Hearing Scheduled (Re: Related Document(s) #:199 Objection to Transfer of Claim from Debtor to NEPCO in the Amount of $4,219,701.56 Filed by HUD) Hearing scheduled for 7/3/2007 at 09:30 AM Courtroom 1. (Myers, Sally) (Entered: 06/05/2007) |
| 06/07/2007 | ❶205 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:204 Hearing Scheduled) No. of Notices: 2. Service Date 06/07/2007. (Admin.) (Entered: 06/08/2007) |
| 06/21/2007 | ❶206 | Opposition *Supplemental Authority* Filed by HUD (Re: Related Document(s) #:197 Objection to Transfer of Claim.) (Attachments: # 1 Exhibit Attachment A# 2 Exhibit Attachment B) (Gillett, Glenn) (Entered: 06/21/2007) |
| 06/21/2007 | ❶207 | Certificate of Service *Supplemental Authority* Filed by HUD. (Re: Related Document(s) #:206 Opposition.) (Gillett, Glenn) (Entered: 06/21/2007) |
| | | |

| | | |
|---|---|---|
| 07/03/2007 | 208 | Hearing Held (Re: Related Document(s) #:199 Objection to Transfer of Claim from Debtor to NEPCO in the Amount of $4,219,701.56 Filed by HUD) Matter Under Advisement. (Myers, Sally) (Entered: 07/03/2007) |
| 07/06/2007 | 209 | Memorandum Decision Re: Trustee's Motion for Authority to Assign Judgment (Related Document(s) #:146 Motion for Authority to Assign Judgment.) Order entered on 7/6/2007. (Meador, Patti) (Entered: 07/06/2007) |
| 07/06/2007 | 210 | Order Granting Trustee's Motion for Authority to Assign Judgment (Related Document #: 146 Motion for Authority to Assign Judgment) Entered on 7/6/2007. (Meador, Patti) (Entered: 07/06/2007) |
| 07/08/2007 | 211 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:209 Memorandum Decision) No. of Notices: 1. Service Date 07/08/2007. (Admin.) (Entered: 07/09/2007) |
| 07/08/2007 | 212 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:210 Order on Motion To Sell) No. of Notices: 1. Service Date 07/08/2007. (Admin.) (Entered: 07/09/2007) |
| 07/16/2007 | 213 | Notice of Appeal to District Court. . Fee Amount $255 Filed by HUD (Re: Related Document(s) #:210 Order on Motion To Sell.) Appellant Designation due by 7/26/2007. (Gillett, Glenn) (Entered: 07/16/2007) |
| 07/16/2007 | 214 | Certificate of Service Filed by HUD. (Re: Related Document(s) #:213 Notice of Appeal.) (Gillett, Glenn) (Entered: 07/16/2007) |
| 07/17/2007 | | Certificate of Service. Notice of Appeal Mailed to Wendell W. Webster, 1775 K Street, NW, Suite 600, Washington, DC 20006; John M. Keough 337 Freeport Street, Boston, MA 02122; Michael C. Conway, 5707 East-West Highway, Riverdale, MD 20737 and Dennis Early, 115 S. Union Street, Suite 210, Alexandria, VA 22314. Filed by the Clerk's Office. (Re: Related Document(s) #:213 Notice of Appeal.) (Mathewes, Aimee) (Entered: 07/17/2007) |

CERTIFIED COPY
CLERK, U.S. BANKRUPTCY COURT
BY: _____

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

NOTICE OF APPEAL FROM
U.S. BANKRUPTCY COURT

In re: *ORG FUNDING CORPORATION*

Bankruptcy No. *94- 00417*

YOU ARE HEREBY NOTIFIED that on the *6TH* day of *AUGUST*, 20*07*, the appeal referred to above was entered on the docket and was assigned to Judge *ROBERTSON* and received the Civil Action No. ___**07 1420**___.

Your attention is directed to Rule 8009 of the Bankruptcy Rules of Procedure which provides:

(1) The Applicant shall serve and file his brief within fifteen (15) days after entry of the appeal;

(2) The Appellee shall serve and file his brief within fifteen (15) days after service of the brief of the appellant; and

(3) The Appellant may serve and file a reply brief within ten (10) days after service of the brief of the appellee.

Papers filed with the Clerk's Office must be filed in duplicate. In addition, please include on all subsequent papers both the Bankruptcy and Civil Action numbers.

NANCY MAYER-WHITTINGTON, CLERK

BY *Maureen Higgins*
(Deputy Clerk

cc: Clerk, U.S. Bankruptcy Court for D.C.
*GLENN GILLETT*
*WENDELL W. WEBSTER*