UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: :<br>:<br>DRG FUNDING CORPORATION : <br>_____:<br>:<br>U.S. DEPARTMENT OF HOUSING AND :<br>URBAN DEVELOPMENT, :<br>:<br>Appellant, :<br>:<br>v. :<br>:<br>WENDELL W. WEBSTER, Trustee, :<br>:<br>Appellee. :<br>_____: | Civil Action No. 1:07-CV-01420-JR<br><br>On Appeal from the<br>United States Bankruptcy Court<br>for the District of Columbia<br><br>Bankruptcy Case No. 94-00417<br>Chapter 7 |

### MOTION TO INTERVENE

New England Phoenix Company, Inc. ("NEPCO") hereby moves to intervene as an appellee in this action as a matter of right under Bankruptcy Rule 7024 and Rule 24(a) of the Federal Rules of Civil Procedure on the grounds that (1) NEPCO claims an interest relating to the transaction that is the subject matter of this action; (2) NEPCO is so situated that the disposition of this action may as a practical matter impair or impede its ability to protect that interest; and (3) NEPCO's interests are not adequately protected by existing parties.

In support of this motion, NEPCO submits herewith its Memorandum of Points and Authorities in Support of Motion to Intervene.

Pursuant to Local Rule 7(m), NEPCO, through counsel, has conferred with counsel for the parties of record, and is authorized to state that neither Appellant U.S. Department of Housing and Urban Development, nor Appellee Wendell W. Webster oppose this Motion to Intervene.

          Respectfully submitted,

*/s/ David K. Monroe*

David K. Monroe, Bar No. 358763
GALLAND KHARASCH GREENBERG
FELLMAN & SWIRSKY, PC
1054 Thirty-First Street, NW
Washington, DC 20007-4492
Telephone:  202/342-5200
Facsimile:  202/342-5219
Email:      dmonroe@gkglaw.com

John M. Keough
NEW ENGLAND PHOENIX COMPANY, INC.
337 Freeport Street
Boston, MA 02122
Telephone:  617/288-0612

Attorneys for Intervenor
NEW ENGLAND PHOENIX COMPANY, INC.

DATE:   August 15, 2007

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was delivered to the following addressees at the addresses stated by depositing same in the United States mail, first class postage prepaid, this 15th day of August 2007:

Wendell W. Webster, Trustee
WEBSTER FREDERICKSON & BRACKSHAW
1775 K Street, NW – Suite 600
Washington, DC 20036
Telephone:    202/659-8510


Glenn D. Gillett
U.S. DEPARTMENT OF JUSTICE
Civil Division – Room 10018
1100 L Street, NW
Washington, DC 20005
Telephone:    202/514-7162
Email:        glenn.gillett@usdoj.gov

Attorneys for Appellant
U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT


Dennis Early
Office of the U.S. Trustee
115 South Union Street – Suite 210
Alexandria, VA 22314
Telephone:    703/557-7176


_____
Linda D. Thomas

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: :<br><br>DRG FUNDING CORPORATION : <br>_____ :<br><br>U.S. DEPARTMENT OF HOUSING AND :<br>URBAN DEVELOPMENT, :<br>                      Appellant, :<br>                       :<br>v. :<br>                       :<br>WENDELL W. WEBSTER, Trustee, :<br>                      Appellee. :<br>_____: | Civil Action No. 1:07-CV-01420-JR<br><br>On Appeal from the<br>United States Bankruptcy Court<br>for the District of Columbia<br><br>Bankruptcy Case No. 94-00417<br>Chapter 7 |

NEW ENGLAND PHOENIX COMPANY, INC.'S
MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF ITS MOTION TO INTERVENE

New England Phoenix Company, Inc. ("NEPCO") hereby submits its Memorandum of Points and Authorities in Support of its Motion to Intervene pursuant to Local Rule 7(a).

I.   INTRODUCTION

This action concerns an appeal from an Order of the Bankruptcy Court approving the assignment of a judgment of the debtor, DRG Funding Corporation, to NEPCO. NEPCO negotiated an agreement with the Chapter 7 Trustee in the bankruptcy proceeding below providing for the assignment for value of the judgment at issue to NEPCO. In order to complete the transaction, the Trustee filed a motion for authority to assign the judgment, which Appellee opposed. NEPCO fully participated in the proceedings in the Bankruptcy Court below relating to the motion for authority to assign the judgment. In particular, NEPCO filed several briefs and attended and participated in

the hearings held on the matter. The Bankruptcy Court Order under appeal approved the Trustee's motion for authority to assign the judgment to NEPCO. NEPCO has transferred value to the Trustee pursuant to the assignment agreement and has an equitable and beneficial interest in the judgment at issue.

II.   NEPCO IS ENTITLED TO INTERVENTION AS A MATTER OF RIGHT UNDER RULE 24(a)

Rule 24 of the Federal Rules of Civil Procedure provides, in pertinent part, for intervention as a matter of right in certain circumstances:

> Upon timely application anyone shall be permitted to intervene in an action: (1) when a statute of the United States confers an unconditional right to intervene; or (2) when the applicant claims an interest relating to the property or transaction which is the subject of the action and the applicant is so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest, unless the applicant's interest is adequately represented by existing parties.

Fed. R. Civ. P. 24(a). NEPCO is entitled to intervene in this appeal of the Order of the Bankruptcy Court because it can satisfy the requirements set forth in Rule 24(a).

NEPCO can satisfy the second test set forth in Rule 24(a) for intervention as of right. NEPCO claims a protectable interest in the transaction which is the subject of this action – the assignment of the judgment to NEPCO approved by the Bankruptcy Court's Order. In fact, as a result of the Bankruptcy Court Order under appeal, NEPCO succeeded to the interests of the debtor in the judgment that is the subject of this appeal. Moreover, the Court's disposition of Appellant's request for relief may as a practical matter impair or impede NEPCO's ability to protect its interest in the judgment at issue as well as efforts to enforce the judgment. Finally, NEPCO's interest may

not be adequately represented by the existing parties.[1] NEPCO appeared as an interested party in the Bankruptcy Court proceedings below, filed several briefs on the issues under appeal, and appeared and participated in the hearings held below. In fact, NEPCO understands that Appellee intends to substantially rely on NEPCO in defending this appeal. NEPCO offers a unique perspective and knowledge of the issues involved in this matter, and its participation in this case would significantly contribute to its resolution.

III.    CONCLUSION

For all of the foregoing reasons, NEPCO's unopposed Motion to Intervene should be granted.

Respectfully submitted,

_____
David K. Monroe, Bar No. 358763
GALLAND KHARASCH GREENBERG
FELLMAN & SWIRSKY, PC
1054 Thirty-First Street, NW
Washington, DC 20007-4492
Telephone:    202/342-5200
Facsimile:    202/342-5219
Email:    dmonroe@gkglaw.com

John M. Keough
NEW ENGLAND PHOENIX COMPANY, INC.
337 Freeport Street
Boston, MA 02122
Telephone:    617/288-0612

Attorneys for Intervenor
NEW ENGLAND PHOENIX COMPANY, INC.

DATE:    August 15, 2007

---

[1] NEPCO's Motion to Intervene should also be granted under Rule 24(b) of the Federal Rules of Civil Procedure which provides for permissive intervention "when an applicant's claim or defense and the main action have a question of law or fact in common." Fed. R. Civ. P. 24(b). NEPCO's Motion is timely, and intervention would not unduly delay this action or prejudice the rights of any party.

CERTIFICATE OF SERVICE

    I do hereby certify that a true and correct copy of the foregoing document was delivered to the following addressees at the addresses stated by depositing same in the United States mail, first class postage prepaid, this 15th day of August 2007:

        Wendell W. Webster, Trustee
        WEBSTER FREDERICKSON & BRACKSHAW
        1775 K Street, NW – Suite 600
        Washington, DC 20036
        Telephone:   202/659-8510


        Glenn D. Gillett
        U.S. DEPARTMENT OF JUSTICE
        Civil Division – Room 10018
        1100 L Street, NW
        Washington, DC 20005
        Telephone:   202/514-7162
        Email:   glenn.gillett@usdoj.gov

        Attorneys for Appellant
        U.S. DEPARTMENT OF HOUSING
        AND URBAN DEVELOPMENT


        Dennis Early
        Office of the U.S. Trustee
        115 South Union Street – Suite 210
        Alexandria, VA 22314
        Telephone:   703/557-7176


                                          /s/ Linda D. Thomas

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>DRG FUNDING CORPORATION<br><br>U.S. DEPARTMENT OF HOUSING AND<br>URBAN DEVELOPMENT,<br><br>　　　　　　Appellant,<br><br>v.<br><br>WENDELL W. WEBSTER, Trustee,<br><br>　　　　　　Appellee. | Civil Action No. 1:07-CV-01420-JR<br><br>On Appeal from the<br>United States Bankruptcy Court<br>for the District of Columbia<br><br>Bankruptcy Case No. 94-00417<br>Chapter 7 |

### ORDER

THIS COURT, having reviewed the Motion to Intervene and the supporting Memorandum of Points and Authorities filed by Intervenor New England Phoenix Company, Inc., hereby GRANTS said Motion.

BY THE COURT this _____ day of August 2007.

_____
U.S. District Court Judge