UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: : | |
| : | Civil Action No. 1:07-CV-01420-JR |
| DRG FUNDING CORPORATION : | |
| : | |
| : | |
| U.S. DEPARTMENT OF HOUSING AND : | On Appeal from the |
| URBAN DEVELOPMENT, : | United States Bankruptcy Court |
| : | For the District of Columbia |
| Appellant, : | |
| : | Bankruptcy Case No. 94-00417 |
| v. : | Chapter 7 |
| : | |
| WENDELL W. WEBSTER, Trustee, : | |
| : | |
| Appellee. : | |
| : | |

MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF

Appellant, the United States Department of Housing and Urban Development ("HUD"), requests additional time within which to file its initial brief pursuant to Rule 8009 of the Bankruptcy Rules of Procedure, and, as grounds therefore, states as follows:

Pursuant to Rule 8009 of the Bankruptcy Rules of Procedure, HUD's initial brief is due fifteen days after entry of the appeal, or on Tuesday, August 21, 2007. However, HUD's in-house counsel, who has participated significantly in these proceedings from the onset, is and has been on vacation since the appeal was docketed, and is not due to return until Monday, August 20, 2007. In order for her to participate in the preparation of this initial brief, HUD requests an extension of time of seven days, or until, Tuesday, August 28, 2007.

Pursuant to Local Rule 7(m), HUD, through counsel, has conferred with counsel for the parties of record, including proposed intervenor, New England Phoenix Company, Inc.

("NEPCO"), and is authorized to state that neither Appellee Wendell W. Webster nor NEPCO opposes this Motion for Extension.

Dated: August 20, 2007

                                    Respectfully submitted,

                                    JEFFREY A. TAYLOR
                                    United States Attorney
                                    District of Columbia

                                    PETER D. KEISLER
                                    Assistant Attorney General

                                    /s/ Glenn D. Gillett
                                    J. CHRISTOPHER KOHN
                                    TRACY WHITAKER
                                    GLENN D. GILLETT
                                    FRANCES M. TOOLE
                                    Trial Attorney

TERRI L. ROMAN                    Civil Division
Trial Attorney,                      United States Department of Justice
Office of Litigation               P.O. Box 875, Ben Franklin Station
Department of Housing and     Washington, DC 20044-0875
Urban Development              Phone: (202)307-0859
451 Seventh Street, SW, Room 10258  Kem.toole@usdoj.gov
 Washington, DC 20410          DC Bar Number 285858

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: : | |
| : | Civil Action No. 1:07-CV-01420-JR |
| DRG FUNDING CORPORATION : | |
| : | |
| : | |
| U.S. DEPARTMENT OF HOUSING AND : | On Appeal from the |
| URBAN DEVELOPMENT, : | United States Bankruptcy Court |
| : | For the District of Columbia |
| Appellant, : | |
| : | Bankruptcy Case No. 94-00417 |
| v. : | Chapter 7 |
| : | |
| WENDELL W. WEBSTER, Trustee, : | |
| : | |
| Appellee. : | |

ORDER

Having reviewed and considered HUD's Motion for Extension of Time, this Court hereby GRANTS said Motion, and orders that HUD's initial brief on appeal shall be filed by August 28, 2007.

Done in chambers, this ___ day of August, 2007.

_____
United States District Court Judge