UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: : | |
| : | Civil Action No. 1:07-CV-01420-JR |
| DRG FUNDING CORPORATION : | |
| : | |
| : | |
| U.S. DEPARTMENT OF HOUSING AND : | On Appeal from the |
| URBAN DEVELOPMENT, : | United States Bankruptcy Court |
| : | For the District of Columbia |
| Appellant, : | |
| : | Bankruptcy Case No. 94-00417 |
| v. : | Chapter 7 |
| : | |
| WENDELL W. WEBSTER, Trustee, : | |
| : | |
| Appellee. : | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this $20^h$ day of August, 2007, I served by United States mail, first class postage prepaid, true and correct copies of the foregoing Request for Extension of Time to:

Wendell W. Webster
1775 K Street, N.W., Suite 600
Washington, D.C. 20006

Dennis Early
Office of the U.S. Trustee
115 S. Union Street, Suite 210
Alexandria, VA 22314

John M. Keough
New England Phoenix Company, Inc.
337 Freeport Street
Boston, MA 02122

David K. Monroe
Galland Kharasch Greenberg
Fellman & Swirsky, PC

1054 Thirty-First Street NW
Washington, DC 2007-4492

and by facsimile to:

Michael C. Conway
Fax: (202)429-5290

                                                         /s/ Glenn D. Gillett
                                                         Glenn D. Gillett