UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | : | |
| | : | |
| DRG FUNDING CORPORATION | : | Civil Action No. 1:07-CV-01420-JR |
| | : | |
| | : | |
| U.S. DEPARTMENT OF HOUSING AND | : | On Appeal from the |
| URBAN DEVELOPMENT, | : | United States Bankruptcy Court |
| | : | for the District of Columbia |
| Appellant, | : | |
| | : | Bankruptcy Case No. 94-00417 |
| v. | : | Chapter 7 |
| | : | |
| WENDELL W. WEBSTER, Trustee, | : | |
| | : | |
| Appellee. | : | |

## MOTION FOR *PRO HAC VICE* ADMISSION AND APPEARANCE OF JOHN M. KEOUGH

Intervenor New England Phoenix Company, Inc. ("NEPCO") hereby moves this Court, pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, to permit John M. Keough, president and general counsel of NEPCO, to appear *pro hac vice* and to be heard in open court in this proceeding. Mr. Keough is a member of the bars of the Commonwealth of Massachusetts and the District of Columbia. Mr. Keough is the attorney most familiar with this case and has participated in the underlying bankruptcy action. In support of this motion, a Declaration of Non-Member of the Bar prepared by and signed by John M. Keough is submitted herewith, along with a proposed Order.

WHEREFORE, NEPCO requests that this motion for *pro hac vice* admission and appearance of John M. Keough be granted.

Respectfully submitted,

David K. Monroe, Bar No. 358763
GALLAND KHARASCH GREENBERG
FELLMAN & SWIRSKY, PC
1054 Thirty-First Street, NW
Washington, DC 20007-4492
Telephone:      202/342-5200
Facsimile:      202/342-5219
Email:          dmonroe@gkglaw.com

Attorneys for Intervenor
NEW ENGLAND PHOENIX COMPANY, INC.

DATE:   December 31, 2007

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was delivered to the following addressees at the addresses stated by depositing same in the United States mail, first class postage prepaid, this 31st day of December 2007:

Wendell W. Webster, Trustee
WEBSTER FREDERICKSON & BRACKSHAW
1775 K Street, NW – Suite 600
Washington, DC 20036
Telephone:    202/659-8510


Glenn D. Gillett
U.S. DEPARTMENT OF JUSTICE
Civil Division – Room 10018
1100 L Street, NW
Washington, DC 20005
Telephone:    202/514-7162
Email:        glenn.gillett@usdoj.gov

Attorneys for Appellant
U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT


Dennis Early
Office of the U.S. Trustee
115 South Union Street – Suite 210
Alexandria, VA 22314
Telephone:    703/557-7176


_____Linda D. Thomas_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | : | |
| DRG FUNDING CORPORATION | : | Civil Action No. 1:07-CV-01420-JR |
| | : | |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | : | On Appeal from the United States Bankruptcy Court for the District of Columbia |
| Appellant, | : | Bankruptcy Case No. 94-00417 Chapter 7 |
| v. | : | |
| WENDELL W. WEBSTER, Trustee, | : | |
| Appellee. | : | |

DECLARATION OF NON-MEMBER OF BAR IN SUPPORT OF
MOTION FOR *PRO HAC VICE* ADMISSION UNDER LOCAL RULE 83.2(d)

John M. Keough, on oath, states the following, pursuant to Local Rule 83.2(d):

1.     My name is John Mitchell Keough. I am the president and general counsel of New England Phoenix Company, Inc., intervenor in the instant case.

2.     My office address is New England Phoenix Company, Inc., 337 Freeport Street, Boston, Massachusetts, 02122. My telephone number is 617/288-0612, and my email address is jkeough@nepcoinc.com.

3.     I have been admitted to the following bars: the Commonwealth of Massachusetts state and federal bars (1985), the District of Columbia bar (1989), and the United States Court of Federal Claims (1993).

4.     I certify that I have not been subject to discipline by any bar.

5.      I have not previously been admitted *pro hac vice* to the United States District Court

for the District of Columbia within the last two years.  I was admitted *pro hac vice* to the United

States Bankruptcy Court for the District of Columbia within the last two years in connection with

the matter under appeal in this proceeding.

6.      I am an active member of the bar of the District of Columbia (Bar No. 420249,

however, I maintain my business office in Boston, Massachusetts, and do not practice law from an

office located in the District of Columbia.

Signed under penalty of perjury this 18th day of December 2007.

Respectfully submitted,

John M. Keough
NEW ENGLAND PHOENIX COMPANY, INC.
337 Freeport Street
Boston, MA 02122
Telephone:    617/288-0612
Facsimile:     617/288-6280
Email:          jkeough@nepcoinc.com

Attorney for Intervenor
NEW ENGLAND PHOENIX COMPANY, INC.

DATE:    December 18, 2007

2

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was delivered to the following addressees at the addresses stated by depositing same in the United States mail, first class postage prepaid, this 31st day of December 2007:

Wendell W. Webster, Trustee
WEBSTER FREDERICKSON & BRACKSHAW
1775 K Street, NW – Suite 600
Washington, DC 20036
Telephone:    202/659-8510


Glenn D. Gillett
U.S. DEPARTMENT OF JUSTICE
Civil Division – Room 10018
1100 L Street, NW
Washington, DC 20005
Telephone:    202/514-7162
Email:          glenn.gillett@usdoj.gov

Attorneys for Appellant
U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT


Dennis Early
Office of the U.S. Trustee
115 South Union Street – Suite 210
Alexandria, VA 22314
Telephone:    703/557-7176


_____
Linda D. Thomas

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:                                              :
                                                    :
DRG FUNDING CORPORATION           :         Civil Action No. 1:07-CV-01420-JR
                                                    :
                                                    :
U.S. DEPARTMENT OF HOUSING AND   :              On Appeal from the
URBAN DEVELOPMENT,                      :         United States Bankruptcy Court
                                                    :           for the District of Columbia
                        Appellant,           :
                                                    :         Bankruptcy Case No. 94-00417
v.                                                  :                Chapter 7
                                                    :
WENDELL W. WEBSTER, Trustee,       :
                                                    :
                        Appellee.              :

## O R D E R

THIS COURT, upon consideration Intervenor New England Phoenix Company, Inc.'s

("NEPCO") Motion for *Pro Hac Vice* Admission and Appearance of John M. Keough and the

supporting Declaration of Non-Member of Bar; it is

ORDERED that John M. Keough be permitted to appear *pro hac vice* and to be heard in open

court in this proceeding.

DATED this _____ day of December 2007.

BY THE COURT:


_____
United States District Court Judge