UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: DRG FUNDING CORPORATION | : |
| | : |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 07-1420 (JR) |
| | : |
| WENDELL W. WEBSTER, TRUSTEE, | : |
| | : |
| Appellee. | : |

**ORDER**

Upon consideration of intervenor New England Phoenix Company, Inc.'s motion for the *pro hac vice* appearance of John M. Keough [8], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

JAMES ROBERTSON
United States District Judge