UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Civil Action No. 1:07-CV-01420-JR |
| DRG FUNDING CORPORATION | : | |
| | : | |
| U.S. DEPARTMENT OF HOUSING AND | : | On Appeal from the |
| URBAN DEVELOPMENT, | : | United States Bankruptcy Court |
| | : | For the District of Columbia |
| Appellant, | : | |
| | : | Bankruptcy Case No. 94-00417 |
| v. | : | Chapter 7 |
| | : | |
| WENDELL W. WEBSTER, Trustee, | : | |
| | : | |
| Appellee. | : | |

APPELLANT'S SUPPLEMENTAL BRIEF ON APPEAL

JEFFREY A. TAYLOR
United States Attorney
District of Columbia

PETER D. KEISLER
Assistant Attorney General

J. CHRISTOPHER KOHN
TRACY WHITAKER
GLENN D. GILLETT
FRANCES M. TOOLE
Trial Attorney
Civil Division
United States Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, DC 20044-0875
Phone: (202)307-0859
Kem.toole@usdoj.gov
DC Bar Number 285858

TERRI L. ROMAN
Trial Attorney,
Office of Litigation
Department of Housing and
Urban Development
451 Seventh Street, SW, Room 10258
Washington, DC 20410

The United States, on behalf of the Department of Housing and Urban Development ("HUD"), files this post-argument brief, as permitted by the Court following oral argument on this appeal, to address the issue of whether the Anti-Assignment Act ("ACA"), 31 U.S.C. § 3727, is applicable to the claim that the Bankruptcy Trustee is attempting to assign here.

First, the decision below addressed this issue, ruling against New England Phoenix Company, Inc. ("NEPCO"), by determining that the judgment at issue here is subject to the ACA, although also finding that it could be assigned under the "operation of law" exception to the ACA. Memorandum Decision, p. 14-15. The second portion of the lower court's ruling was appealed by HUD, but NEPCO did not appeal that portion of the ruling adverse to it. As it was not appealed, it is not properly before the Court now.

Second, even if that portion of the lower court's decision had been appealed and was properly before this Court, the bankruptcy court correctly determined that the ACA was applicable to this judgment as an unallowed claim because the asserted administrative offsets render uncertain the amount, if any, owed under the judgment. Indeed, the Supreme Court, in interpreting an 1853 version of the ACA, Act of February 26, 1853, ch. 81, § 1, 10 stat 170, read the statute broadly, holding that it "embrace[s] every claim against the United States, however arising, of whatever nature it may be, and wherever and whenever presented." *United States v. Gillis,* 95 U.S. 407, 413 (1877). Both NEPCO and the lower court, in addressing whether this assignment would present a risk to HUD's setoff rights, agreed that any assignee of a judgment against the United States takes that judgment subject to the right of the government to setoff. Memorandum Decision, p. 12-14. If HUD's setoff rights remain intact, then it is not possible to know with certainty what amount, if any, is owed under the judgment. The ACA must be

2

applicable.

CONCLUSION

HUD agrees that the ACA is applicable to the judgment against it that the Trustee is attempting to assign, but strongly disagrees that the assignment is permissible under the "operation of law" exception simply because the lower court so ordered.  No court creates "law" simply by its own order; rather, courts are tasked with interpreting existing law.  If no "law" exists pursuant to which the claim must be involuntarily assigned, the lower court's order is without basis.   For the reasons stated above and in HUD's other Briefs on Appeal, the bankruptcy court's Order entered July 6, 2007, should be reversed.

Dated: January 24, 2008

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
District of Columbia

PETER D. KEISLER
Assistant Attorney General

/s/ Frances M. Toole

J. CHRISTOPHER KOHN
TRACY WHITAKER
GLENN D. GILLETT
FRANCES M. TOOLE
Trial Attorney
Civil Division
United States Department of Justice
PO Box 875,  Ben Franklin Station
Washington, DC  20044-0875
Phone:  (202)307-0859
Kem.toole@usdoj.gov
DC Bar Number 285858

TERRI L. ROMAN
Trial Attorney,
Office of Litigation
Department of Housing and
  Urban Development
451 Seventh Street, SW, Room 10258
Washington, DC  20410

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy o f the foregoing document was delivered to the following addressees at the addresses stated by depositing same in the United States mail, first class postage paid, this 25th day of January, 2008.

Wendell W. Webster, Trustee
Webster Frederick & Brackshaw
1775 K Street, NW; Suite 600
Washington, DC 20036

David K. Monroe
Galland Kharasch Greenberg Fellman & Swirsky
1054 Thirty-First Street, NW
Washington, DC 20007-4492

John M. Keough
New England Phoenix Company, Inc.
337 Freeport Street
Boston, MA 02122

Dennis Early
Office of the U.S. Trustee
115 South Union Street; Suite 210
Alexandria, VA 22314

/s/ Frances M. Toole

4